Loan #

## Quitclaim Assignment

WHEREAS, **First Horizon Home Loan Corporation** is identified as the "Lender" on a certain mortgage executed by **Ruth E Goldsmith**, and bearing the date of the September 29, 2004, securing the property located at 12 Charles Street, Houlton, in the County of Aroostook and State of Maine and recorded 09/30/2004, in the Aroostook County Registry of Deeds in **Book 4033, Page 222** (hereinafter the "Mortgage");

WHEREAS, Mortgage Electronic Registration Systems, Inc. ("MERS") is designated the mortgagee in the Mortgage as the nominee of Lender and its successors and assigns, and, upon recording of the Mortgage, became the mortgagee of record;

WHEREAS, Lender wishes to convey and assign any and all rights it may have under the Mortgage to **Federal National Mortgage Association** ("Assignee"); and

WHEREAS, this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title or interests that MERS has or had in the Mortgage.

Accordingly, Lender hereby assigns and quit claims to Assignee all of its rights, title and interests (whatever they may be, if any) in the Mortgage to Assignee.

**First Horizon Home Loans, a Division of First Tennessee Bank, N.A.**
By Seterus, Inc., Formerly Known As IMB Lender Business Process Services, Inc.
its attorney in fact

_____
Joy Hikade
Loan Administration Assistant Vice President

STATE OF Oregon
COUNTY OF Washington

Subscribed before me, on August 26, 2016, by Joy Hikade, as Loan Administration Assistant Vice President. He/she is personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument.

OFFICIAL STAMP
LISA D BURKS
NOTARY PUBLIC - OREGON
COMMISSION NO. 936592
MY COMMISSION EXPIRES MARCH 30, 2019

_____
Notary Public
My Commission Expires: 3-30-19

Received
AROOSTOOK SS
MELISSA L. RICHARDSON, REGISTRAR

EXHIBIT E