# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **Federal National Mortgage Association** | **CIVIL ACTION NO: 1:19-cv-00294-NT** |
| **Plaintiff** | |
| vs. | RE:<br>12 Charles Street, Houlton, ME 04730 |
| **Ruth E. Goldsmith** | Mortgage:<br>September 29, 2004<br>Book 4033, Page 222 |
| **Defendant**<br>**Midland Funding LLC** | |
| **Party-In-Interest** | |

## AFFIDAVIT OF KELLY HARTIGAN

I, Kelly Hartigan, hereby depose and state as follows:

1. I am a paralegal at Doonan, Graves & Longoria, LLC, the law firm which represents the Plaintiff, Federal National Mortgage Association, in this matter.

2. On November 21, 2019, our office mailed a copy of the Court's Notice of Damages Hearing and copy of Plaintiff's Motion for Default Judgment, to Defendant, Ruth E. Goldsmith, and Party in Interest, Midland Funding LLC, via certified and first class mail.

3. Attached hereto as Exhibit A is a copy of the return envelopes for the Defendant, USPS Tracking history, and Return receipt from Midland Funding LLC.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 10th day of December, 2019

/s/Kelly Hartigan
Kelly Hartigan

# COMMONWEALTH OF MASSACHUSETTS

Essex, ss.   Dated this 10th day of December, 2019

COUNTY OF ESSEX

On this 10th day of December, 2019, before me, the undersigned notary public personally appeared Kelly Hartigan, who proved to me through satisfactory evidence of identification to be the person whose name is signed on this document, who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his/her knowledge and belief.

/s/Michelle L. Dole
Notary Public
My Commission Expires: January 23, 2026