UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, </br></br>Plaintiff, </br></br>v. </br></br>RUTH E. GOLDSMITH, </br></br>Defendant, </br></br>MIDLAND FUNDING LLC, </br></br>Party-in-Interest. | Docket No. 1:19-cv-00294-NT </br></br>Re: 12 Charles Street, </br>     Houlton, ME 04730 </br></br>Mortgage: September 29, 2004 </br>Aroostook County – Southern Registry </br>of Deeds, Book 4033, Page 222 |

### JUDGMENT OF FORECLOSURE AND SALE

**Title to Real Estate Involved**
Address: 12 Charles Street, Houlton, Maine
Mortgage: Book 4033, Page 222, in Aroostook County Southern Registry of Deeds

This matter came before the Court for a hearing on January 24, 2022 (ECF No. 49) on the Plaintiff's Motion for Default Judgment (ECF No. 36). In a separate Order, which is hereby incorporated by reference, I made findings of fact and conclusions of law and granted the motion for default judgment on the foreclosure count. Order on Pl.'s Mot. for Default J. of Foreclosure (ECF No. 52). Plaintiff Federal National Mortgage Association ("**Fannie Mae**") was present and represented by Reneau J. Longoria, Esq. The Defendant, Ruth E. Goldsmith, did not appear; Party-in-Interest Midland Funding LLC did not appear. All persons interested having been duly notified in accordance with the law, and after hearing, **JUDGMENT** on Count I (Foreclosure) is hereby **ENTERED** as follows:

1.  If the Defendant or her heirs or assigns pays Fannie Mae the amount adjudged due and owing ($153,549.95) within ninety days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S. § 6322, Fannie Mae shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF docket. The following is a breakdown of the amount due and owing as of October 26, 2021:

| Description | Amount |
| --- | --- |
| Principal Balance | $62,183.59 |
| Interest | $38,629.17 |
| Escrow Advance | $31,129.69 |
| Corporate Advances | $21,607.50 |
| Grand Total | $153,549.95 |

2.  If the Defendant or her heirs or assigns do not pay Fannie Mae the amount adjudged due and owing ($153,549.95) within ninety days of the judgment, as that time period is calculated in accordance with 14 M.R.S. § 6322, the Defendant's remaining rights to possession of the property located at 12 Charles Street, Houlton, Maine 04730 ("**Charles Street property**") shall terminate, and Fannie Mae shall conduct a public sale of the Charles Street property in accordance with 14 M.R.S. § 6323, disbursing the proceeds first to itself in the amount of $153,549.95 after deducting the expenses of the sale, with any surplus to be disbursed pursuant to Paragraph 6 of this Judgment, and in accordance with 14 M.R.S. § 6324. Fannie Mae may not seek a deficiency judgment against the Defendant pursuant to the Plaintiff's waiver of deficiency at trial.

3.  In the event that the Defendant, or anyone occupying the premises, does not vacate the Charles Street property upon termination of her right to possession,

Fannie Mae may reopen this matter to seek a Writ of Assistance and/or Writ of Possession consistent with this Judgment to be served by the U.S. Marshals Service pursuant to Federal Rule of Civil Procedure 4.1(a).

4. Pursuant to 14 M.R.S. § 2401(3)(F), the Clerk, if requested, shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

5. The amount due and owing is $153,549.95.

6. The priority of interests is as follows:

- Federal National Mortgage Association has first priority, in the amount of $153,549.95, pursuant to the subject Note and Mortgage.
- Midland Funding LLC has second priority.
- Ruth E. Goldsmith has third priority.

7. The prejudgment and post-judgment interest rate is 7.25%. *See* 14 M.R.S. §§ 1602-B(2), 1602-C(1)(A).

8. The following information is included in this Judgment pursuant to 14 M.R.S. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | Federal National Mortgage Association<br>5600 Granite Parkway<br>Plano, TX 75024 | Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 303C<br>Beverly, MA 01915 |
| DEFENDANT | Ruth E. Goldsmith<br>P.O. Box 23<br>Monticello, ME 04760 | |

3

| | |
|---|---|
| PARTIES-IN-INTEREST | Midland Funding LLC<br>c/o Corporation Service Company, 45 Memorial Circle<br>Augusta, ME 04330 |

    a.    The docket number of this case is No. 1:19-cv-00294-NT.

    b.    All parties to these proceedings received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

    c.    A description of the real estate involved, 12 Charles Street, Houlton, Maine 04730, is set forth in Exhibit A to the Judgment herein.

    d.    The street address of the real estate involved is 12 Charles Street, Houlton, Maine 04730. The Mortgage was executed by the Defendant, Ruth E. Goldsmith, on September 29, 2004. The book and page number of the Mortgage in the Aroostook County Southern Registry of Deeds is Book 4033, Page 222.

    e.    This judgment shall not create any personal liability on the part of the Defendant but shall act solely as an *in rem* judgment against the property, 12 Charles Street, Houlton, Maine 04730

SO ORDERED.

                                                                /s/ Nancy Torresen<br>
                                                                 United States District Judge

Dated this 8th day of February, 2022.

EXHIBIT "A"

The following described piece or parcel of real estate, together with the buildings thereon, situated on the west side of Charles Street, so-called, and being a part of Lot Numbered Thirty-Two (32) in the South Division of Houlton, County of Aroostook and State of Maine, more particularly described as follows, to wit:

> Beginning on the west line of said Charles Street at the southeast corner of a lot of land deeded by Charles P. Tenney to James Archibald, June 1, 1886, and recorded in the Southern District of the Aroostook Registry of Deeds in Vol. 97, Page 444; thence southerly along the west line of said Charles Street four (4) rods and fifteen (15) links to the northeast corner of land deeded by said Tenney to Lorinda J. Whenman by deed dated October 31, 1890, and recorded in Volume 119, Page 410 of said Registry; thence westerly along the Whenman's north line eight (8) rods to an iron bound driven into the ground; thence northerly on a line parallel with said west line of Charles Street to the south line of said Archibald land; thence easterly along said Archibald's south line eight (8) rods to the place of beginning.

Being the same premises conveyed by Andrew J. Poulopoulos and Cheryl A. Poulopoulos to Charles W. Schiavone and Gettie E. Schiavone by Warranty Deed dated October 31, 2001 and recorded in Volume 3578, Page 293 at the Southern Aroostook Registry of Deeds.